**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

ALVEDRO MEDINA-MOSQUERO,

Petitioner,

v.

WARDEN, FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. EDCV 26-5264-JAK(AS)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered (1) granting the Petition; and (2) ordering Respondents to immediately release Petitioner Alvedro Medina-Mosquero (A# 246-206-777) from immigration detention under the same conditions to which he was subject to prior to his current detention.

Respondents are further ordered to file a “notice of release” within three days of the date of this Order confirming Petitioner’s release from custody.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge’s Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 1, 2026

______________________________
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE